UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
EMETERIA MUNOZ,

Plaintiff,

- against -

CITY OF NEW YORK; NEW YORK CITY HEALTH AND HOSPITAL CORPORATION (NYCHHC); FORMER NYCHHC PRESIDENT DR. RAM RAJU; NEW YORK CITY DEPARTMENT OF CORRECTION COMMISSIONER JOSEPH PONTE; DOCTOR EUGENIO MATEO; DOCTOR ROMMEL MONTILUS; CHARLES APPIAH; MICHAEL BOLUS; DOC OFFICERS AND SUPERVISORS DOES ONE THROUGH TEN; DOC OR NYCHHC SUPERVISORY AND STAFF MEDICAL PROVIDERS ROES ONE THROUGH TEN,

Defendants.
--------------------------------------X

**ORDER**

17 Civ. 4407(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, see ECF No. 178, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED: New York, New York
September 28, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE